

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-154-CV

IN RE MICHAEL SUTTON                            RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: LIVINGSTON, J.; CAYCE, C.J.; and HOLMAN, J.

DELIVERED: April 24, 2008

---

[1] *See* TEX. R. APP. P. 47.4.

[2] See *Wentworth v. Meyer*, 839 S.W.2d 766, 767 (Tex. 1992) (orig. proceeding); *In re Jackson*, 14 S.W.3d 843, 846 (Tex. App.—Waco 2000, orig. proceeding); *City of La Porte v. State ex rel. Rose*, 376 S.W.2d 894, 906-07 (Tex. Civ. App.—Austin 1964), *rev'd in part on other grounds*, 386 S.W.2d 782 (Tex. 1965); *see also In re Sanchez*, 81 S.W.3d 794, 796 (Tex. 2002) (orig. proceeding).